PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

> **U.S. DISTRICT COURT**
> **NORTHERN DISTRICT OF TEXAS**
> **FILED**
>
> JUN 3 0 2023
>
> CLERK, U.S. DISTRICT COURT
> By _____
> Deputy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

## PETITION FOR WRIT OF HABEAS CORPUS
## UNDER 28 U.S.C. § 2241

_Ryan Christopher Salazar_
**PETITIONER**
(Full name of Petitioner)

_Lubbock County Detention Center_
**CURRENT PLACE OF CONFINEMENT**

vs.

_173119_
**PRISONER ID NUMBER**

**5-23CV-138-C**

_Lubbock Sheriffs_ (office court 137th) (LSO)
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

**CASE NUMBER**
(Supplied by the District Court Clerk)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

1

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee. — *Please deduct from my inmate account* *Ryan Salazar - 173119 .*

5.    Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6.    Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7.    It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)
This petition concerns:

1. ✓ ___ pretrial detention;
2. ___ ___ a conviction;
3. ___ ___ a sentence;
4. ___ ___ jail or prison conditions;
5. ___ ___ a prison disciplinary proceeding;
6. ___ ___ parole or mandatory supervision;
7. ___ ___ time credits;
8. ✓ ___ other (specify): _excessive bail bond, false arrest_

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.** ( Yes ) No  **If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** _Been here over 90 days (4 months) have been trying to contact my lawyer about bond reduction, but no date set._

---

1. Place of detention: _Lubbock County Detention Center_

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: _4-200 g (DFZ) Evading arrest,_

3. Name and location of court in which your case is pending or in which you were convicted: _137th, Lubbock County Courthouse_

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: _4-200g poss, evading motor veh. (n/a) $120,000 bonds_

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: _n/a   $120,000 + bonds_

6. Check whether a finding of guilty was made:

   a. after a plea of guilty            _ no_

   b. after a plea of not guilty        _ no_

   c. after a plea of nolo contendere   _ no_

7. If you were found guilty, check whether that finding was made by:

   a. a jury                  _ none_

   b. a judge without a jury  _ none_

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   Yes        (No)

3

9.    If you did appeal, give the following information for each appeal:

a. (1) Name of court and docket or case number:

_n/a_

(2) Result and date of result: _n/a_

(3) Grounds raised (list each):

(a) _n/a_

(b) _____

(c) _____

(d) _____

b. (1) Name of court and docket or case number:

_n/a_

(2) Result and date of result: _n/a_

(3) Grounds raised (list each):

(a) _n/a_

(b) _____

(c) _____

4

(d) _____

10.    State concisely every ground on which you claim that you are held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a single page only behind page 6.

    **CAUTION:  If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.  You must state facts, not conclusions, in support of your grounds. Do not argue or cite law.  Just state the specific facts that support your claim.  Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **GROUND ONE:**
Excessive bail bonds , 4th, 8th, 14th amendments

Supporting facts: I was keeping up with my bail bonds check ins and just paid $1,500.00 cash to Alma (unknown bail bonds) and was told I did not have any warrants. The next day I was taken to jail on year old warrants I did not know about, bond surrendered on 6 year old charges and bond went up to $80,000.00 and $40,000.00 on these charges totalling $120,000.00

b. **GROUND TWO:**
False Arrest         4th, 8th, 14th amendments

Supporting facts: I was falsely arrested on new charges that I know I'm not guilty of and also put on sheriffs office top 10 gangs most wanted falsely labeled a gang member.

5

_____

_____

_____

c. **GROUND THREE:** _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

d. **GROUND FOUR:** _____

_____

_____

Supporting facts: _____

_____

_____

_____

_____

_____

_____

11. Relief sought in this petition: _I'm asking to lower my bond or drop my charges. to take me off of gang file as it has damaged my reputation._

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

        Yes        (No)

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: _n/a_

    _____

    (2) Result and date of result: _n/a_

    (3) Grounds raised (list each):

        (a) _____

        _____

        (b) _____

        _____

        (c) _____

        _____

        (d) _____

        _____

    b. (1) Name of court and docket or case number: _____

    _____

    (2) Result and date of result: _____

    (3) Grounds raised (list each):

        (a) _____

        _____

7

(b) _____

_____

(c) _____

_____

(d) _____

_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

_____ n/a _____

_____

_____

_____

_____

_____

15. Are you presently represented by counsel?        (Yes)        No
If so, name, address and telephone number of attorney:_____ Jim Shaw ____

_____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?        (Yes)        No

8

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____N/a_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on
___06/27/2023_____ (month, day, year).

Executed (signed) on ___06/27/2023_____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address:

___Lubbock County Detention Center___
___3502 N. Holly___
___Lubbock, TX 79108___

_____

Lubbock County Detention Center
Inmate Name
SO #
PO Box 9133
Seminole, FL 33775-9133

INDIGENT

RECEIVED
JUN 3 0 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RETURN SERVICE
REQUESTED

FIRST CLASS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Avenue Rm 209
Lubbock Texas 79401-



US POSTAGE AND PITNEY BOWES

ZIP 79401
02 4W
0000386595 JUN 28 2023

$ 000.60°