# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| RYAN CHRISTOPHER SALAZAR, | § |
| Petitioner, | § |
| v. | § CIVIL ACTION NO. 5:23-CV-00138-C |
| LUBBOCK SHERIFF'S OFFICE, | § |
| Respondent. | § |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed without prejudice.

Dated October 17, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge